**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02941

JEFFREY GELVIN

       Plaintiff,

v.

RYAN Mayer, in his individual capacity, and
The CITY OF WRAY, a municipality,

       Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

    DATED at Denver, CO this 7th day of November 2023.

                                          *s/ Crist Whitney*
                                          Crist Whitney
                                          RATHOD | MOHAMEDBHAI LLC
                                          2701 Lawrence Street, Suite 100
                                          Denver, CO 80205
                                          (303) 578-4400
                                          cw@rmlawyers.com
                                          ATTORNEY FOR PLAINTIFF